AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Diane P. | U.S Court of Appeals for the Seventh Circuit | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Circuit Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

2688 U.S. Courthouse
219 S. Dearborn St.
Chicago, IL 60604-1818

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Lecturer in law | The University of Chicago Law School |
| 2. | Trust, Council and Board | American Academy of Arts & Sciences |
| 3. | Board Member | Constitutional Rights Foundation Chicago |
| 4. | Council and Executive Committee | American Law Institute |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | University of Chicago (Teaching) | $26,955.00 |
| 2. | 2015 | LEG, Inc. dba West Academic (book royalties) | $1,502.00 |
| 3. | 2015 | West Publishing Corp. (book royalties) | $5,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Northwestern Feinberg School of Medicine - Professor of Neurology - salary |
| 2. | 2015 | Self-employed Health Care Consultant - Expert Neurologist |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia Law School | Jan. 8-11 | Denver, CO | Antitrust Casebook revision | T, F, L |
| 2. | American Law Institute | Jan. 14-16 | Philadelphia, PA | Council meeting | T, F, L |
| 3. | Vanderbilt Law School | Jan. 26-27 | Nashville, TN | Judge in residence | T, F, L |
| 4. | University of New Hampshire | Feb. 19-20 | Durham, NH | Speech | T, F, L |
| 5. | Suffolk University Law School | Feb. 20-21 | Boston, MA | Donahue Lecture | T, F, L |
| 6. | Federalist Society | March 3 | Washington, DC | Erie Conference | T |
| 7. | Yale Law School | Mar. 23-24 | New Haven, CT | Lecture | T, F, L |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Wood, Diane P.** | 05/11/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | Legal Services Corp. | Apr. 14 | Washington, DC | White House Conference | T |
| 9. | American Academy of Arts & Sciences | Apr. 16-17 | Cambridge, MA | Spring Governance Meetings | T, F, L |
| 10. | University of Chicago Law School/American Law Institute | May 17-19 | Washington, DC | ALI Annual Meeting | T, F, L |
| 11. | American Bar Association | June 10-17 | London, UK | Magna Carta Program | T, F, L |
| 12. | Australian Bar Association | July 8-9 | Boston, MA | Annual Meeting | T, L |
| 13. | University of Colorado Law School | Aug. 6-8 | Denver, CO | Antitrust Casebook revision | T, F, L |
| 14. | American College of Trial Lawyers | Sept. 5-11 | London, UK | UK-US Legal Excahnge | T, F, L |
| 15. | International Court of Arbitration | Sept. 30-Oct. 4 | Paris, France | Lecture | T, F, L |
| 16. | American Law Institute | Oct. 7-8 | New York, NY | Foreign Relations Project | T, F, L |
| 17. | American Academy of Arts & Sciences | Oct. 9-11 | Cambridge, MA | Induction Weekend | T, F, L |
| 18. | American Law Institute | Oct. 14-16 | New York, NY | Fall Council Meeting | T, F, L |
| 19. | Washington & Lee Law School | Oct. 18-19 | Lexington, VA | Lecture | T, F, L |
| 20. | Organization for Economic Cooperation & Development and Mexican Ministry of Economy | Oct. 21-24 | Mexico City, MX | Seminar with Mexican judges | T, F, L |
| 21. | Valparaiso Law School | Nov. 4 | Valparaiso, IN | Moot Court | T, F |
| 22. | American Academy of Arts & Sciences | Nov. 10-12 | Cambridge, MA | Conference on Access to Justice | T, F, L |
| 23. | American Bar Association Antitrust Section | Nov. 12 | Washington, DC | Sherman Award | F |
| 24. | Cravath, Swaine & Moore | Nov. 19 | New York, NY | Intellectual Property Seminar with NYU | T, F |
| 25. | American Academy of Arts & Sciences | Dec. 14-15 | Cambridge, MA | Language Commission | T, F, L |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Teachers Insurance & Annuity Ass'n (TIAA) Traditional (See note.) | | None | N | T | | | | | |
| 2. College Retirement Equities Fund (CREF) Stock R3 (See note.) | | None | O | T | | | | | |
| 3. BMO Harris Bank | A | Interest | M | T | | | | | |
| 4. Chase Bank | A | Interest | O | T | | | | | |
| 5. Ameriprise 403(b) | | None | M | T | | | | | |
| 6. Avanir Pharmaceuticals | A | None | | | Sold | 01/20/15 | J | B | |
| 7. Baird Insured Deposit | A | Interest | L | T | | | | | |
| 8. Bristol Myers | A | Dividend | K | T | | | | | |
| 9. Fastenal | D | Dividend | M | T | | | | | |
| 10. Fidelity NMFF 457(b) (See note.) | | None | M | T | | | | | |
| 11. Fidelity NW 403(b) (See note.) | | None | O | T | | | | | |
| 12. Fidelity Northwestern Medical (See note.) | | None | P1 | T | | | | | |
| 13. Fidelity Puritan Fund | B | Dividend | M | T | | | | | |
| 14. FRDXX Fidelity Case Reserves | A | Interest | J | T | | | | | |
| 15. CLSPX Columbia Mid Cap Growth Cl Z | | None | M | T | | | | | |
| 16. FDVLX Fidelity Value | | None | N | T | | | | | |
| 17. FLPSX Fidelity Low Priced Stock Fund | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GE | A | Dividend | L | T | | | | | |
| 19. TFFYX Touchstone Focused Class Y | | None | M | T | | | | | |
| 20. W&T Offshore | A | Dividend | J | T | | | | | |
| 21. Walmart de Mexico | A | Dividend | K | T | | | | | |
| 22. Wells Fargo (See note.) | B | Int./Div. | N | T | | | | | |
| 23. Whole Foods | C | Dividend | N | T | | | | | |
| 24. Zimmer Medical Holdings | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investements and Trusts

Notes:

Line 1. The TIAA Traditional Fund is an ordinary annuity. I have no say in the investment mix. It is not income-producing. The value of accumulations either increases or decreases depending on the market and premiums paid in.

Line 2. The CREF Stock R3 Fund is also a traditional mutual fund. I have no say in the investment mix. Like the TIAA Traditional Fund, this either increases or decreases depending on the market and premiums paid.

Line 10. Note for Fidelity NMFF 457(b): This account includes three funds: (1) ARBSX, value code L; (2) ARNIX, value code J; and (3) BHYIX, value code L. No income was generated. The value method is T.

Line 11: Note for Fidelity Northwestern 403(b): This includes three funds: (1) FBGKX, value code M; (2) FETKX, value code M; and (3) FVLKX, value code M. No income; method T.

Line 12: Note for Fidelity Northwestern Medical: This includes three funds: (1) FGCKX, value code O; (2) HAOYX, value code M; and (3) ODVYX, value code M. No income; method T.

Line 22. Note for Wells Fargo: This repesents three mutual funds: (1) WMVXX, Municipal Money Market-Investment, value code L; (2) SXFIX, Municipal Bond-Inv., value code J; and (3) STADX, Ultra Short-Term Income-Inv., value code N. Method T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane P. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544